FILED
OCT 02 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

23-cr-518
Judge Gettleman
Magistrate Judge Cole

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Oct 2, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHA EATMAN | Case No.<br><br>Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL MAY 2022 GRAND JURY charges:

On or about February 16, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

MICHA EATMAN,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded CZ, Model CZ 75 P-07, 9mm caliber semiautomatic pistol, bearing serial number A848541, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL MAY 2022 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a CZ, Model CZ 75 P-07, 9mm caliber semiautomatic pistol bearing serial number A848541, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
CHRISTINE O'NEILL on behalf of the
ACTING UNITED STATES ATTORNEY